UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ESTATE OF ADAM TRAMMEL,

    Plaintiff,

v.        Case No.: 18-CV-748

VILLAGE OF WEST MILWAUKEE POLICE CHIEF
DENNIS NASCI, OFFICER ANTHONY MUNOZ,
CORPORAL MICHAEL ROHLEDER, OFFICER
DANIELLE ENGEN, and
VILLAGE OF WEST MILWAUKEE,

    Defendants.

## STIPULATION FOR DISMISSAL

The parties, by their attorneys, hereby stipulate and agree that this action, together with all claims and causes of action, may be dismissed upon the merits, with prejudice, without costs, and without further notice.

Dated this 18th day of June, 2019.

    GINGRASS, CATES & WACHS LLP
    Attorneys for The Estate of Adam Trammell,

    BY: */s/ electronically signed Mark L. Thomsen*
    MARK L. THOMSEN
    State Bar No.: 1018839

Dated this 18th day of June, 2019.

    THE SHELLOW GROUP
    Attorneys for The Estate of Adam Trammell

    BY: */s/ electronically signed Robin Shellow*
    ROBIN SHELLOW
    State Bar No.: 1006052

Dated this 18th day of June, 2019.

    PIPER, SCHMIDT & WIRTH
    Attorneys for Defendants

BY: */s/ electronically signed Joseph M. Wirth*
    JOSEPH M. WIRTH
    State Bar No.: 1012080